

**FILED**
6/29/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | Violation: Title 21, United States Code, Section 841(a)(1) |
| BOBROY RIVERA | |

**COUNT ONE**

1:26-cr-342
Judge Franklin U. Valderrama
Magistrate Judge Young B. Kim
Random / Cat. 4

The SPECIAL APRIL 2025 GRAND JURY charges:

On or about June 12, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

BOBROY RIVERA,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL APRIL 2025 GRAND JURY further charges:

On or about July 24, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

### BOBROY RIVERA,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2